# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**637**
**CAF 11-01028**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF ALEXIA L.
----------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL                          ORDER
SERVICES, PETITIONER-RESPONDENT;

SHU L., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-APPELLANT.

JANE E. LOVE, MAYVILLE, FOR PETITIONER-RESPONDENT.

SHERRY A. BJORK, ATTORNEY FOR THE CHILD, FREWSBURG, FOR ALEXIA L.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered April 27, 2011 in a proceeding pursuant to Social Services Law § 384-b.  The order terminated the parental rights of respondent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court